AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>PATRICK WALKER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  8:21MJ566<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 30, 2021__ in the county of __Thurston__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(1) & (b) | Assaulting, Resisting, or Impeding Certain Officers or Employees with Physical Contact and Bodily Injury |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Paul Voss, SA, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date:  11/3/2021

*Judge's signature*

City and state:  Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**Affidavit for Criminal Complaint and Arrest Warrant**

1. I, Paul Voss, being duly sworn on oath, depose and state the following:

2. I am a Special Agent (SA) with Federal Bureau of Investigation (FBI) and have been so assigned since July of 2019. I am currently assigned to the Sioux City Resident Agency in Sioux City, Iowa. During my time with the FBI, I have investigated crimes involving controlled substances, firearms, sexual assaults, and assaults. Prior to working for the FBI, I was a Special Agent in the United States Secret Service where I investigated financial crimes. Prior to that, I was a Police Officer for the United States Capitol Police in Washington, D.C.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses.

4. Through personal participation, interviews, and analysis of videos submitted by other law enforcement personnel, I am familiar with this investigation. On the basis of this familiarity, I allege that on or about October 30, 2021, in the District of Nebraska, Patrick WALKER (hereinafter "WALKER") violated federal law, to wit: Assault, Resist, or impede an Officer in violation of 18 U.S.C §§ 111(a)(1) and (b).

5. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that WALKER committed a violation of 18 U.S.C §§ 111(a)(1) and (b).

6. On October 30, 2021, your affiant interviewed Omaha Nation Tribal Police Officer, D.A. The interview was in regards to the assault on D.A. that took place earlier that day in Macy, Nebraska. D.A. was on duty on October 30, 2021, as a Patrolman. D.A. was in full uniform, to include police markings. D.A. was advised by dispatch that a female had called from a residence that WALKER was drunk and needed to be removed. D.A. arrived at the residence, knocked on the front door, and talked to a female who advised that WALKER was downstairs yelling and was drunk. The female wanted WALKER out of the house.

7. D.A. went downstairs and saw a female in one room and a male in another room. D.A. advised WALKER that WALKER was being removed from the residence. WALKER became angry, jumped up, and tackled D.A. D.A. advised that D.A. may have tripped over something in the house and hit D.A.'s head, either on the floor or the wall. D.A. noticed that D.A. was bleeding. D.A. handcuffed WALKER and escorted WALKER out the back door of the residence. D.A. passed WALKER off to a Correctional Officer that came to assist. D.A. became woozy and went to the ground. D.A. doesn't believe WALKER punched D.A.

8. D.A. was then transported to Twelve Clans Medical Center. D.A. received seven staples in the back of the head an received a tetanus shot.

9. Your affiant reviewed the body camera footage of D.A. from the incident on October 30, 2021. From the body camera, your affiant is able to see D.A. approach the house and eventually talk with a female in the house who advises D.A. that she wants WALKER removed from the residence. D.A. goes down the to the basement of the residence and identifies WALKER. D.A. advises WALKER that WALKER is to come with D.A. WALKER gets up from a chair and moves toward D.A. WALKER puts WALKER's left hand on D.A. D.A. falls to the ground and your affiant is able to see WALKER on top of D.A. WALKER then punches D.A. with a closed fist. Your affiant is not able to see exactly where WALKER punches D.A. WALKER then grabs D.A. by what appears to be the shirt collar and slams D.A.'s head on the floor. Your affiant is able to see a wound that is bleeding from the posterior portion of D.A.'s head.

10. On November 2, 2021, your Affiant was advised that the Omaha Nation Tribal Police receives federal funding. Your affiant also knows that D.A. received D.A.'s law enforcement training at the Federal Law Enforcement Center in Artesia, New Mexico on December 14, 2001.

## Summary

11. Based upon the foregoing, I believe that there is probable cause to believe that WALKER violated 18 U.S.C §§ 111(a)(1) and (b)(1). I respectfully request that the Court issue a criminal complaint and arrest warrant for WALKER

_____
Paul Voss, Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: November 3, 2021

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge

[2]