IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:21CR288 |
| vs. | ) | |
| | ) | ORDER |
| PATRICK WALKER, | ) | |
| Defendant | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [28]. Counsel requests additional time to attempt to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [28] is granted as follows:

1. The jury trial, now set for March 22, 2022, is continued to **April 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 19, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: March 8, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge